UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
PATRICK BROWN and COLLIN VINCENT,                :
:
      Plaintiffs,                                                  :
:
-against-                                                               :
:        No. 1:25 Civ. 01220 (PAE)
NATIONAL FOOTBALL LEAGUE, INC. and NFL   :
ENTERPRISES LLC,                                              :        Oral Argument Requested
:
      Defendants.                                                :
:
:
------------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Request for Judicial Notice, and Declaration of J. Robert Abraham, dated May 13, 2025, and the exhibits thereto, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for Defendants the National Football League (incorrectly named as National Football League, Inc.) and NFL Enterprises LLC, hereby moves this Court for an order dismissing with prejudice the Amended Complaint for Injunctive Relief (Dkt. No. 25) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and for such other and further relief as the Court may deem just and proper.

Dated: New York, NY
         May 13, 2025

                                       DEBEVOISE & PLIMPTON LLP

                                       By: /s/ Michael Schaper_____

                                       Michael Schaper (*mschaper@debevoise.com*)
                                       John Gleeson (*jgleeson@debevoise.com*)
                                       J. Robert Abraham (*jrabraham@debevoise.com*)

66 Hudson Boulevard
New York, New York 10001
Tel: (212) 909-6000

Edward D. Hassi (*thassi@debevoise.com*)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 383-8000

*Attorneys for Defendants the National Football League and NFL Enterprises LLC*