UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK BROWN and COLIN VINCENT,

                              Plaintiffs,

-v-

NATIONAL FOOTBALL LEAGUE, INC. and
NFL ENTERPRISES LLC,

                             Defendants.

25 Civ. 1220 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On May 13, 2025, defendants filed a motion to dismiss the Amended Complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 28. The parties have stipulated that plaintiffs' prior amendment of the Complaint shall be deemed their one amendment "as a matter of course" for purposes of Federal Rule Civil Procedure 15(a)(1). *See* Dkt. 27.

      Accordingly, it is hereby ORDERED that plaintiffs shall serve any opposition to the motion to dismiss by June 3, 2025. A reply from defendants shall be served by June 17, 2025. At the time any reply is served, the moving party shall supply the Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 15, 2025
         New York, New York